UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Steven Schuman | : | Case No. 17-BK--04444 |
| | : | |
| Debtor | : | Chapter 7 |

**MOTION BY DEBTOR TO BE EXCUSED FORM THE FINANCIAL MANAGEMENT COURSE REQUIREMENT**

1. On 10/25/2017, Debtor filed a Petition in Bankruptcy under Title 11, Chapter 07 of the United States Code.

2. On 12/01/2017, a 341 Meeting of Creditors was held telephonically as Defendant was incarcerated in the Wayne County correctional Facility on significant charges and bail.

3. On 12/01/2017 the Chapter 7 Trustee conducted a 341 meeting and thereafter recommended the matter be discharged in the ordinary course.

4. Subsequent to filing of the petition the Debtor has deceased entered a plea of guilty to one count of F1 aggravated assault, his already significant bail amount has been significantly increased, he has no means of posting bail and expects to receive a substantial prison sentence as a result of the plea and his prior record.

5. Debtor will be unable to complete the financial management course nor meaningfully benefit from the educational components contained therein in the near or mid future.

WHEREFORE, Counsel for the Debtor humbly prays this Honourable Court for an Order excusing Debtor from the requirement of completing a financial management course.

Respectfully submitted,

s/ Mark E. Moulton
Mark E. Moulton,
Attorney for Debtors
Moulton & Moulton, PC
693 RTE 739 STE #1
Lords Valley, PA 18428