UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF
PENNSYLVANIA

Steven Schuman : Case No. 17-BK--04444
:
Debtor : Chapter 7

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### **ORDER**

AND NOW, this  day of  January, 2018, upon consideration of the within Motion to Waive the requirement of completing a Financial Management Course, it is hereby ORDERED, that the above Debtor is excused from completing the Financial Management Course required by 11 U.S.C. 104(h).

BY THE HONOURABLE COURT,

_____